UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

NOV 15 2007
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY MARTIN, LARRY GORE,

MARK STEVE, MARVEN HUDSON

RICHARD MASON, AND MROOLLIE LEON BAILEY
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6476
JUDGE PALLMEYER
MAG.JUDGE MASON

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Sheriff Tom Dart, and Supt. Thomas

Snook.

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

Revised: 7/20/05

       ↙ Hudson

A. Name: LARRY MARTIN, LARRY GORE, MARK STEVE, MARVEN, RICHARD MASON, AND MROOLLIE LEON BAILEY.

B. List all aliases: _____

C. Prisoner identification number: #2006-007-5305-#2007-000-0390-#
2007-001-3769- #-2007-004-5936-#2007-006-0368

D. Place of present confinement: COOK COUNTY JAIL

E. Address: P.O. BOX 089002-CHICAGO, ILLINOIS 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Sheriff of Cook County.

Place of Employment: 30,00 s. California, Chicago, IL. 60608

B. Defendant: Thomas Snook

Title: Superintendent of Div. 11

Place of Employment: P.O. Box 089002, Chicago, IL. 60608

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

           YES (✓)   NO ( )   If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

           YES (✓)   NO ( )

    C.    If your answer is **YES**:

        1.    What steps did you take?
           I file a grievance with the Social Worker at Cook County Jail.

        2.    What was the result?
           Denied

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

           Still Pending

    D.    If your answer is **NO**, explain why not:

3

Revised: 7/20/05

E. Is the grievance procedure now completed?  YES ( )  NO (x)

F. If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G. If your answer is **YES**:

   1. What steps did you take?

   _____

   _____

   _____

   2. What was the result?
   _____ Still Pending _____

   _____

   _____

H. If your answer is NO, explain why not:

   _____

   _____

   _____

Revised: 7/20/05

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

    A. Name of case and docket number: _1983 civil rights act No. 07~~C~~3766_

    B. Approximate date of filing lawsuit: _June 7, 2007_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Larry Martin_

    D. List all defendants: _Turner, et al._

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

    F. Name of judge to whom case was assigned: _Pallmeryer_

    G. Basic claim made: _Food Illness_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still Pending_

    I. Approximate date of disposition: _Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

V.   STATEMENT OF CLAIM:

My complaint is against the Cook County Department of Correction for there unsanitary living condition that are causing Detanesss to have serious "Boils" on there bodies, which could be cause by a "Staph Infection. I have obtain two boils myself, one on my forehead the side of a quater and the other one under my arm pit the side of a half of dollar. I had to have these boils surgeonly remove that cause me serious pain and suffering for over a month and which left a hold in my arm pit over 2" deep. After some thoroughly investigation, I found out that I was not the only one that had obtain these serious boils. I learn that others Detainees had obtain these serious boils as well. The other participants in this complaint who names are Mr. Larry Gore, Mr. Mark Steve, and Mr. Marven Hudson who also received these serious boils on there bodies. These Plainitffs are from the same "Deck" that I am, but we also have Mr. Richard Mason, and Mr. Mroollie Leon Bailey, who are on different "Decks" who also received these serious boils on there bodies. These Plaintiffs are from different living unit in this building, and this is not a "Coincidence" that these serious boils are caused by the "Unsanitary Living Condition".

The boil that was on my forehead cause my right eye to be swollen closed and caused me to have serious migrain headache for over three weeks. I had to take two type of antibiotics for ten days.

### violated condition:

1. We do not get a change of cloths or bed sheets for weeks at a time.
2. We are not giving "Hygiene" products every week as they should.
3. We are not giving cleaning suply to clean our decks nor our cells.
4. Detainees are not giving "Hygiene Products when they enter the Department of Correction, and we are force to give our soap and deodorent to these detainees or smell there bodie odor.
6. We are force to sleep on the floor while "Mices" are crawling all over us.
7. The Cook County Jail are now moving all Detainees to different unit so that they can clean all cells and are giving all Detainees new "Blankets" after I was inform by my Public Defender that we have a "Staph Infection" A sign that something is seriously wrong and there are a large number of Detainees are getting these serious boils on there bodies.

This is a straight violation of our constitutional rights under the 5,8, and 14 amendment to the U.S. constitution and the Illinois Cons.

The Defendants are responsible for our living condition that are making us sick, and we should be free from living condition that are making us sick in violation of our constitutional rights.

**VI.**   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would this Honorable Court to make the Defendants compensate us for our Pain and Suffering as well as Mental and Emotional detress as this Honorable Court deems fit.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Oct 31_ day of _31_, 20 _07_

_(signatures)_
(Signature of plaintiff or plaintiffs)

Larry Martin, Larry Gore, Mark Steven, Marven Hudson,
(Print name) Richard Mason, and Mroollie Leon Bailey.

#2007-007-5305, #2007-000-0390, #2007-001-3769, #2007-004-5936,
(I.D. Number)  #2007-006-0368.

P.O. Box 089002, Chicago, Illinois 60608
(Address)