**PRISONER CASE**

R

07CV6476

UNITED STATES DISTRICT
NORTHERN DISTRICT OI

JUDGE PALLMEYER
MAG. JUDGE MASON

Civil Cover S[heet]

| | | | |
|---|---|---|---|
| Plaintiff(s): | LARRY MARTIN, et al. | Defendant(s): | TOM DART, etc., et al. |
| County of Residence: | COOK | County of Residence: | |
| Plaintiff's Address: | | Defendant's Attorney: | |
| (SEE ATTACHMENT) | | | |

**FILED**
NOV 1 5 2007
/S
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Basis of Jurisdiction:
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 4. Diversity

Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:

Defendant:

Origin:
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

Nature of Suit: 555 Prison conditions

Cause of Action: 42:1983pr

Jury Demand: ☐ Yes ☑ No

Signature: *A. E. Woollam* Date: 11/15/2007

Pallmeyer   07C766
Mason

## LIST OF PLAINTIFFS

Larry Martin (#2006-0075305)
Larry Gore (#2007-0000390)
Mark Steve (#2007-0013769)
Marven Hudson (#2007-0045936)
Richard Mason (#2007-0060368)
Mroollie Leon Bailey (NO ID # GIVEN)
Cook County Jail
P.O. Box 089002
Chicago, IL   60608