CH

Re: 07-C-6476
Date: Jan. 13-2008

**FILED**
JAN 1 6 2008 aw
Jan 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of the District Court:

I'm writing you in regards to a recent letter dated Jan. 7, 2008 informing me that the other Plaintiffs has been dismiss for failure to file in "Forma Pauperis." Please let me explain. When I file my complaint or our complaint, there was "NO" Forma Pauperis forms in the law library at the Cook County Jail at that time nor are there any now. So I inform the rest of the plaintiffs that the Clerk of the District Court would send them forms to file as a poor person. These Plaintiffs could and should be a part of these complaint, if this Honorabel court would allow them to file there Forma Pauperis form with this complaint. Please allow Mr. Hudson, Mr. Gore, Mr. Mason, and Mr. Mollie Bailey, to file in Forma Pauperis on this complaint, and send each one of them forms to file as a poor person.

I also would like to thank you for your time and consideration in this matter.

Sincerely,
Danny Martin