Case No. 07-C-766
Case No. 07-C-6476
Case No. 07-C-6100

**FILED**
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Martin
#20070088166
P.O. Box 089002
Chicago, IL 60608

Dear Clerk of The District Court:   Date: 3-8-08

I'm writing to you in regards to a court order for the Law Library, that I'm truly in the need of. I have three claims pending and one I'm just filing, under case No. 07-C-766 I am now working on my Discovery, and my Discovery close date is set for April 4, 2008 against Larry Martin V.S. Mr. Turner, et al. I also have a claim against Tom Dart, cfo, et al. under case No. 07-C-6476, And officer Moss under Case No. 07-C-6100. I have three claim pending and one on the way, So I'm truly in the need of "Extra" time in the Law Library. I need this court order as soon as possible. I do have a deadline. and The Librarian at Cook County is not Honoring my deadline, By getting me to the Law Library every other week.

I can not research my case in two or three days out of the month. Please! Send me this order back as soon as possible.

I also would like to thank you for your time and consideration in this matter.

Sincerely,
Mr. Larry Martin