# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6476 | **DATE** | March 19, 2008 |
| **CASE TITLE** | Larry Martin (#2007-0088166) v. Tom Dart | | |

**DOCKET ENTRY TEXT:**

Larry Gore's motion to proceed in forma pauperis [11] and his Amended Complaint [10] are stricken without prejudice to Gore filing the motion and complaint in a separate action.

■ [For further details see text below.]                                                           Docketing to mail notices.

## STATEMENT

   Larry Gore, an inmate at Cook County Jail, has filed an in forma pauperis application and an Amended Complaint in the above captioned case. By order of January 7, 2008, the Court dismissed Larry Gore and others as plaintiffs in the instant action, and instructed them to file separate complaints and in forma pauperis motions. If Gore wants to pursue his suit, he should file his complaint as an original complaint, without a case number, and should submit his application to proceed in forma pauperis with the complaint. Accordingly, Gore's amended complaint and motion to proceed in forma pauperis are stricken without prejudice to Gore filing them as a new case in a separate action.

isk