# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca P. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6476 | **DATE** | April 18, 2008 |
| **CASE TITLE** | Larry Martin (#2007-0088166) vs. Dart, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's request for a court order granting him additional access to the law library [14] is denied; however, the court requests that correctional officials grant the plaintiff reasonable access to the jail's law library. The clerk is directed to mail a copy of this order to the Executive Director of the Cook County Jail. The clerk is additionally directed to send the plaintiff another copy of the court's filing instructions. Plaintiff's request for additional time to complete discovery is granted. The court expects to set a discovery schedule after Defendants have filed their appearance.

[**For further details see text below.**]                                   Docketing to mail notices.

**STATEMENT**

isk