59¢ each
BB

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Martin,  )
  Plaintiff,  )
      ) Case No. 07-C-6476
vs.  )
      ) Judge Rebecca R. Pallmeyer
Tom Dart, et al,  )
  Defendants.  )

## Plaintiff's Motion For A Court Order

  Now comes the Plaintiff, Larry Martin, pro se, and Motion this Honorable Court for a Court Order to obtain a Grievance Form. In Support of Plaintiff's Motion, Plaintiff states as follow:

1. That myself and five other Detainees file a grievance with the Social Worker name Ms. McCoy, from Div. 11, Deck 1-AB on the unsanitary living condition that are causing Detainees to have serious "Boils" on there body, who are housed in the Cook County Department of Correction. This grievance was file under my old D.O.C. No. 2006-00-75305.

2. Mark Steve are one of the Plaintiff on this claim, and My Co-Plaintiff, and who are one of the names on this Grievance.

3. This Grievance was file some time in 1st September or the begaing of Oct. I waited over a month and still didn't recieve a copy of my Grievance, nor the result.

4. Doing that time I talk with Ms. McCoy Two days before I was release on November 8, 2007. I was found not guilty by the total Judge, Ms. McCoy stated to me that My Grievance had been denied and the She would bring me the copy of that denial.

5. Due to my release date I never recieved a copy of that Grievance nor a response. I talk with my new social worker and she told me that I needed to file a court order to obtain that grievance and the result.

Therefore, Plaintiff pray that this Honorable Court would great said Motion for a court order and have the Cook County Department of Correction to send said a copy of that Grievance.

/s/ James Mark
#20070608166