3-copies  CH

In the United States District Court
Northern District of Illinois
Eastern Division

Larry Martin,                )
Mark Steve, Plaintiff(s)     )
                             )
       v.s.                  ) Case No. 07 C 6476
                             )
Sheriff, Tom Dart and        ) Judge PALLMEYER
Supt. Thomas Snook           )
       Defendants            )

FILED
MAY 1 0 2008
May 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Plaintiff's Motion to Amended

Now comes the Plaintiff, Larry Martin, Pro Se, to Amend his complaint to state how the Defendants was responable for Violated his constitutional Rights under the 5, 8, and 14 Amendment, And to "List All lawsuit that he have Filed in any State or Federal court in the United States: Plaintiff als is Prerequisites this complaint as a "Class Action under Rule 23, (a)(1)(a)(2)(a)(3) and (a)(4).

V. Statement OF Claim:

1. My complaint is against the Cook County Jail for These unsanitary living condition that are causing Detanees to have Serious "Boils" on there body, which could be cause by a "Staph" Infection.

2. I have obtain two boils myself, one on my forehead The size of a quater and the other one under my arm pit the size of a half of dollar. I had to have these boils Surgeonly removed that cause me serious pain and suffering for over a month. and which left a hold in my arm pit over 2" deep.

3. After some thoroughly investigation, I found out that I was not the only one that had obtain these Serious boils. I learn after being Transfered from Div. 11 to Div. 2 and now to Div. 6, That there are Numerous of Detanees with these serious types of "Boils" on there body. which give rise to a Class Action under Rule 23. When I was Place in Div. 11 there was four of us on the same Deck that had these serious boils on our body. Larry Gore, Mark Steve, Myself and Marren Hudson.

4. The boils that was on my forehead cause my right eye to be swollen closed and case me to have Serious migrain headaches for over three weeks. I had to take two types of antibiotics for ten days.

## The Defendant's violated living condition

1. Defendant Supt. Snook, As superintendent of Div. 11 are responsible for detainees well being under the Fourteenth Amendment.
2. Defendant fail to change detainees cloths or bed sheets for weeks at at time.
3. Defendant fail to give "Hygiene" products every week as they should.
4. Defendant do not give cleaning suply to clean there decks nor there cells.
5. The Defendant do not give detainees "Hygiene" products when they enter the Cook County Jail and are force to beg for soap and deoderent from other detainees, or we must do the Defendent's Job or smell there body odor.
6. The Defendant are forcing detainees to sleep on the floor while "Mices" are crawling all over them.
7. Detainees are force to eat "food" that are unsanitary and are making them sick.
8. The Defendant are force detainees to be place three in a room.
9. The Defendant are responsable for our poor medical treatment, if a detainee don't "fall" out he don't get "no" medical treatment at "All."
10. I have another boils under my arm pit and I have been Refuse medical treatment for over three weeks now.

11. The Defendant Snook are responable for the well being of all detainees in div. 11, and been as such has deprived these detainees as well as myself civil Rights under the U.S. and Ill. Con. under the 5, 8, and 14. Amendment.

12. Defendant Sheriff Tom Dart, are responable for the Department of Correction as a hole and are responable for all detainees house in the Cook County Jail, and when living condition drop below human needs and cause detainees to have serious boils on there body that could be cause by a "Staph" Infection. It is "cruel and unusual punishment to hold detainees in unsafe living conditions in violation of there constitutional Rights. As detainees we have a protected interest to be free from living condition that are making us sick, in violation of the 5, 8, and 14 Amendment Con. Ill. Con.

13. The Defendants knew or should have known that they "action has violated a clearly established law", in violation of the plaintiff's constitutional Rights.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Larry Martin v. Tom Dart, 07 C 6476

B. Approximate date of filing lawsuit: Nov. 15, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Larry Martin and Mark Steve

D. List all defendants: Tom Dart, Supt. Snook

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G. Basic claim made: Unsanitary living condition at The Cook County Jail.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Nov. 15, 2007 Pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

J. I had filed one claim in the southern District of Illinois, but I have "no" information on that claim.

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs) have filed in any state or Federal court in the United States:

A. Name of case and docket number: Martin v. Mr. Turner, et al., 07 C 766

B. Approximate date of Filing lawsuit: Nov. 8, 2006

C. List all plaintiffs (if you had co-plaintiffs) including any aliases: Larry Martin, Larry Benda et al. No co-plaintiffs.

D. List all defendants: Mr. Turner, other name - unknown

E. Court in which the lawsuit was filed (if Federal name the district: Northern district of Illinois

F. Name of judge to whom case was assigned: The Honorable Rebecca R. Pallmeyer.

H. Disposition of this case: Still Pending

I. Approximate date of disposition: Pending

III. List all lawsuits you and or (plaintiffs, pseudonym x) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Martin v. Moss 07 C 6100

   B. Approximate date of filing lawsuit: Oct. 26-2007

   C. List all Plaintiffs (if you had co-plaintiffs) including any aliases: Larry Martin, Larry Bond et

   D. List all Defendants: Officer Moss and John Doe 8/6

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county.): Northern District of Illinois

   F. Name of Judge to whom case was assigned: John W. Darrah.

   G. Basic claim made: Violation of the Fourth Amendment No Probar Cause.

   H. Disposition of this case: Pending

   I. Approximate date of _____ Pending Still!

11. List All lawsuits you (and/or co-plaintiffs) have File in any state or Federal court in the United States:

A. Name of and docket number: Mastin v. Jack et al 07 cv 03211

B. List all Plaintiffs (if you had co-plaintiffs), including any aliases: Larry Mastin

C. Approximat date of Filing lawsuit: 6-13-07

D. List all defendants: Jacks, John Doe

E. Court in which the lawsuit was Filed (if Federal court, name the district; if state court, name the County): Northern District of Illinois

F. Name of Judge to whom case was assigned: Honorable Rebecca R. Pallmeyer.

G. Basic Claim made: Battery.

H. Disposition of this case (for example: was the case dismissed? was it appealed? Is it still pending? Strike as Frivolous

I. Approximate date of disposition: Dismiss

III. List ALL lawsuits (and your co-plaintiffs, if any) State or Federal court in the United States:

A. Name of case and docket Number: Martin v. Officer Pett, 08 C 1511

B. Approximate date of filing lawsuit: March 13, 2008

C. List all plaintiffs (if you had co-plaintiffs) including any aliases: Larry Martin - aliase Larry Bond, Et c.

D. List all defendants: Officer Pett, Officer Rodger, and Detective Earnshaw.

E. Court in which the lawsuit was filed (if Federal court, name the district; if state court, name the county: Northern District of Illinois

F. Name of Judge to whom case was assigned: Honorable Kocoras

G. Basic claim made: Wrongful Arrest

H. Disposition of this case: Pending still

I. Approximat date of disposition: still pending

J. I have filed one claim in the Southern District, I don't have "null" information on that suit.