# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of:<br>Larry Martin et. al., v. Superintendent George Turner, et. al., | Case Number: 07 CV 6476 |
| | Judge: Pallmeyer |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sheriff Thomas Dart and Superintendent Thomas Snooks

SIGNATURE  /s/ Kevin Frey ARDC# 6281416

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6281432 | TELEPHONE NUMBER<br>(312) 603-3124 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐