# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:
Larry Martin et. al., v. Superintendent George Turner, et. al.,

Case Number: 07 CV 6476

Judge: Pallmeyer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sheriff Thomas Dart and Superintendent Thomas Snooks

SIGNATURE  /s/ Michael L. Gallagher ARDC# 6281432

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
# 6281432

TELEPHONE NUMBER
(312) 603-3124

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐