UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN, LARRY GORE, MARK STEVE, MARVEN HUDSON, RICHARD MASON, and MROOLLIE LEON BAILEY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 07 C 6476 |
| vs. | ) ) | Honorable Judge Rebecca R. Pallmeyer |
| SHERIFF TOM DART and SUPT. THOMAS SNOOK, | ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DEPOSE INCARCERATED PERSONS**

NOW COMES the Defendants, SHERIFF TOM DART and SUPT. THOMAS SNOOK, by their attorney, RICAHRD A. DEVINE, Cook County State's Attorney, and through his Assistant, KEVIN FREY and pursuant to Rule 30(a)(2) of the Federal Rule of Civil Procedure, moves this Honorable Court to take the depositions of Larry Martin and Mark Steve. In support, Defendants state as follows:

1. That Larry Martin and Mark Steve are the Plaintiffs in the present action.

2. That the Defendants intend to take the depositions of Larry Martin and Mark Steve.

3. That Larry Martin and Mark Steve are presently incarcerated at the Cook County Jail, located at 2600 South California, Chicago, Illinois 60608.

WHEREFORE, Defendants respectfully request this Honorable Court to allow the deposition of the Plaintiffs, Larry Martin and Mark Steve.

    Respectfully Submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County

    By:_/s/Kevin Frey_____
        Kevin Frey
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602