UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN, LARRY GORE, | ) | |
| MARK STEVE, MARVEN HUDSON, | ) | |
| RICHARD MASON, and | ) | |
| MROOLLIE LEON BAILEY, | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6476 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Rebecca R. Pallmeyer |
| SHERIFF TOM DART and | ) | |
| SUPT. THOMAS SNOOK, | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Larry Martin                           Mark Steve
     #2007-0088166                          #2006-0024805
     Cook County Department of Corrections  Cook County Department of Corrections
     P.O. Box 089002                        P.O. Box 089002
     Chicago, IL 60608                      Chicago, IL 60608

**PLEASE TAKE NOTICE** that on **June 16, 2008** at **9:00** a.m., I shall appear before the Honorable Rebecca R. Pallmeyer in the courtroom usually occupied by her in Room 2119 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Defendants' Motion to Depose Incarcerated Persons.**

                                                      Respectfully Submitted,
                                                      RICHARD A. DEVINE
                                                      State's Attorney of Cook County
                 By:   /s/Kevin Frey
                                                      Kevin Frey
                                                      500 Richard J. Daley Center
                                                      Chicago, Illinois 60602
                                                      (312) 603-6189

**CERTIFICATE OF SERVICE**

    I, Kevin Frey, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on June 9, 2008 electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                                      /s/ Kevin Frey
                                                      Kevin Frey