# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6476 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Larry Martin, et al vs. Sheriff Tom Dart, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion to depose incarcerated persons [24] granted. Defendants are granted leave to take the depositions of Larry Martin and Mark Steve who are presently incarcerated at the Cook County Jail, located at 2600 South California, Chicago, Illinois 60608.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|