UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN, MARK STEVE | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6476 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Rebecca Pallmeyer |
| SHERIFF THOMAS DART AND | ) | |
| SUPERINTENDENT THOMAS SNOOKS | ) | |
| | ) | |
| Defendants. | ) | |

### **DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendants Sheriff Thomas Dart and Superintendent Thomas Snooks, through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his assistant, Kevin Frey, and answer Plaintiffs' Complaint at law as follows:

### **Statement of Claim**

1. My complaint is against the Cook County Department of Correction for there unsanitary living condition that are causing detainees to have serious "Boils" on there bodies, which could be caused by a "staph infection."

**ANSWER:** Defendants' deny the allegations contained in paragraph 1.

2. I have obtain two boils myself, one on my forehead the side of a quarter and the other one under my arm pit the side of a half of dollar.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2.

3.  I had to have these boils surgeonly remove that cause me serious pain and suffering for over a month and which left a hold in my arm pit over 2" deep.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3.

4.  After some thoroughly investigation, I found that I was not the only one that had obtain these serious boils as well.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4

5.  The other participants in this complaint who names are Mr. Larry Gore, Mr. Mark Steve, and Mr. Marven Hudson who also received these serious boils on there bodies.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5.

6.  These Plaintiffs are from the same "Deck" that I am, but we also have Mr. Richard Mason and Mr. Mroollie Leon Bailey, who are on different "Decks" who also received these serious boils on there bodies.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6.

7.  These Plaintiffs are from different living unit in this building, and this is not a "Coincidence" that these serious boils are caused by the "unsanitary living condition."

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7.

8.  The boil that was on my forehead cause my right eye to be swollen closed and caused me to have serious migrain headache for over three weeks.  I had to take two type of antibiotics for ten days.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8.

### Violated Condition

9.  We do not get a change of cloths or bed sheets for weeks at a time.

**ANSWER:** Defendants deny the allegations contained in paragraph 9.

10. We are not giving "Hygiene" products every week as they should.

**ANSWER:** Defendants deny the allegations contained in paragraph 10.

11. We are not giving cleaning supply to clean our decks nor our cells.

**ANSWER:** Defendants deny the allegations contained in paragraph 11.

12. Detainees are not giving "Hygiene Products" when they enter the Department of Correction, and we are force to give our soap and deodorant to these detainees or smell there body odor.

**ANSWER:** Defendants deny the allegations contained in paragraph 12.

13. We are force to sleep on the floor while "Mices" are crawling all over us.

**ANSWER:** Defendants deny the allegations contained in paragraph 13.

14. The Cook County Jail are now moving all Detainees to different unit so that they can clean all cells and are giving all Detainees new "Blankets" after I was inform by my Public Defender that we have a "Staph Infection." A sign that something is seriously wrong and there are a large number of Detainees are getting these serious boils on there bodies.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14.

15. This is a straight violation of our constitutional rights under the 5, 8, and 14 amendment to the U.S. constitution and the Illinois Cons.

**ANSWER:** Defendants deny the allegations contained in paragraph 15.

16. The Defendants are responsible for our living condition that are making us sick, and we should be free from living condition that are making us sick in violation of our constitutional rights.

**ANSWER:** Defendants deny the allegations contained in paragraph 16.

## AFFIRMATIVE DEFENSES

NOW COMES Defendants, Sheriff Thomas Dart and Superintendent Thomas Snooks, by their attorney, Richard A. Devine, Cook County State's Attorney, through his assistant, Michael L. Gallagher, and the state the following Affirmative Defenses:

1. The Defendants' conduct was at all times objectively reasonable and did not violate any of Plaintiffs' clearly established Constitutional rights. Accordingly, the Defendants are entitled to the defense of Qualified Immunity.

2. The Plaintiffs have failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). See Massey v. Helman 196 F.3d 727 (7th Cir. 1999).

**WHEREFORE,** based upon the foregoing, Defendants Sheriff Thomas Dart and Superintendent Thomas Snooks, respectfully requests that this Honorable Court grant judgment in their favor and against the Plaintiffs on all aspects of their Complaint(s) and further request that this Honorable Court grant any other such relief that this Court deems just and appropriate.

## JURY DEMAND

Defendants, Sheriff Thomas Dart and Superintendent Thomas Snooks, respectfully demand trial by jury.

Respectfully Submitted,

RICHARD A. DEVINE

State's Attorney of Cook County

By:   /s/ Kevin Frey
Kevin Frey
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6189
No. 6281416