UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN, MARK STEVE | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6476 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Rebecca R. Pallmeyer |
| SHERIFF TOM DART and | ) | |
| SUPT. THOMAS SNOOK, | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Larry Martin                                  Mark Steve
     #2007-0088166                                 #2006-0024805
     Cook County Department of Corrections         Cook County Department of Corrections
     P.O. Box 089002                               P.O. Box 089002
     Chicago, IL 60608                             Chicago, IL 60608

**PLEASE TAKE NOTICE** that on **June 16, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S COMPLAINT.**

                                          Respectfully Submitted,
                                          RICHARD A. DEVINE
                                          State's Attorney of Cook County
                                    By:   /s/Kevin Frey_____
                                          Kevin Frey
                                          500 Richard J. Daley Center
                                          Chicago, Illinois 60602
                                          (312) 603-6189

## CERTIFICATE OF SERVICE

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above addresses by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **June 9, 2008.**

                    / s/Kevin Frey