# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca P. Pallmeyer *RPP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6476 | **DATE** | July 9, 2008 |
| **CASE TITLE** | Larry Martin (#2007-0088166) vs. Dart, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff Larry Martin's request for a court order compelling Cook County Jail officials to provide plaintiff with a grievance form [18] is denied. Plaintiff's amended complaint, which neither is on this Court's form nor contains a signature, [19] is stricken. A telephone status conference is set for Tuesday, July 22, 2008, at 8:30 a.m., the call to be initiated by counsel for Defendants.

■ [**For further details see text below.**]  Docketing to mail notices.

## STATEMENT

Larry Martin, one of two plaintiffs in this case, has filed a motion for the court to order that Cook County Jail officials provide Martin with a copy of a grievance he filed. Martin should be able to obtain such a document through discovery once defendants have made an appearance. Also, the Court is reluctant to compel jail officials, who may not be parties to this action, to comply with Plaintiff's requests. *See generally Godinez v. Lane,* 733 F.2d 1250, 1261-62 (7th Cir. 1984) (courts should not interfere with the daily activities of prisons).

With respect to the amended complaint submitted by Martin, the complaint is not signed, not on the Court's form, and was submitted by only Plaintiff Martin. *See* Local Rule 81.1. Accordingly, the Court strikes the amended complaint. The Court advises Plaintiff that the original complaint in this case was sufficient to allow it to proceed forward. Although a plaintiff may seek to file an amended complaint, an amended complaint supersedes a previously filed complaint and must stand complete on its own. The Court will not refer to different pleadings to determine the claims and parties to a case.

isk