

In The United States District Court, For The Northern District of Illinois, Eastern Division

Larry Martin, et al,  )
    Plaintiffs,  ) Case No. 07 C 6476
vs.  )     07cv6476
  ) Honorable Judge
Tom Dart, et al,  ) Rebecca R. Pallmeyer
    Defendants.  ) Magistrate Judge Mason

FILED
JUL 10 2008 aew
Jul 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff's Respond to Defendants Affirmative Defenses With Motion And Certificate of Service

To: Kevin Frey
500 Richard J. Daley Center
Chicago, Illinois 60602

Please Take notice that on June 26, 2008 I caused to be filed with the Federal Clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Plaintiffs' motion in respond to Defendants Answer and Affirmative Defenses.

Proof of Service

I hereby certify that I mailed a copy of the above notice, together with the motion referenced therein, to Defendant's Attorneys listed above, on June 26, 2008 at the Cook County Department of Correction, P.O. Box 089002, Chicago, IL 60608.

/s/ Larry Martin

-5-

Complaint, but yet the Defendants set by moot and fail to cure there wrong doing. Therefore,

II. Defendants are not entitled to qualified Immunity.

III. Plaintiff's has in fact exhausted his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. 1997 e(a).

on oct or N

Ex. No. One

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Martin,                )
            Plaintiff,       )
                             )   Case No. 07-C-6476
   vs.                       )
                             )   Judge Rebecca R. Pallmeyer
Tom Dart,                    )
            Defendants.      )

RECEIVED
MAY 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>Plaintiff's Motion For A Court Order</u>

Now comes The Plaintiff, Larry Martin, Pro Se, and Motion this Honorable Court For a Court Order to obtain a Grievance Form.
   In Support of Plaintiff's Motion, Plaintiff States as follow:

1. That myself and Five other Detainees file a grievance with the Social Worker name Ms. McCoy, From Div. 11, Deck 1-AB on the unSanitary living condition that are causing Detainees to have Serious "Boils" on there body, Who are housed in the Cook County Department of Correction. This grievance was file under my old D.O.C. No. 2006-00-75305.

2. Mark Steve are one of the Plaintiff on this claim, and My Co-Plaintiff, and who are one of the names on this Grievance.

3. This Grievance was file some time in lct September or the begaing of Oct. I waited over a month and still didn't recieve a copy of my Grievance, nor the result.

4. Doing that time I talk with Ms. McCoy Two days before I was release on November 8, 2007. I was found Not guilty by the total Judge, Ms. McCoy stated to me that My Grievance had been denied and the She would bring me the copy of that denial.

5. Due to my release date I never recieved a copy of that Grievance ner a response.
    I talk with my New Social Worker and She told me that I needed to file a court order to obtain that grievance and the result.

   Therefore, Plaintiff pray that this Honorable Court would great said Motion for a court order and have the Cock County Department of Correction to send said a copy of that Grievance.
   /s/ Darryl Mart---