MHN

Martin et al v. Dart et al       07cv6476                NOTICE OF CHANGE OF ADDRESS

Dear Clerk of the District Court:

I'm writing to you in regard of my change of address. My new address is 5836 S. Wabash, Chicago, IL 60637.

Please send any and all legal mail that you might have.

I have four claims pending under case number 07-C-6476, and case no. 07-C-6100, and 08-C-1516.

I also would like to thank you for your time and consideration in this matter.

FILED LCW
AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely,
[signature] Larry Martin
Cell no. 773-876-6166
5836 S. Wabash
Chgo, IL 60637